UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELIZEBETH A. VYKOPAL, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-cv-521 |
| ) | |
| v. ) | Honorable Paul L. Maloney |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | **JUDGMENT** |
| Defendant. ) | |
| ) | |

In accordance with the opinion filed this date:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is VACATED and the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.


Dated:  September 22, 2015                    /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge