UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH A. VYKOPAL,

    Plaintiff,

v.

                                      Case No.: 1:14-cv-521

COMMISSIONER OF
SOCIAL SECURITY,                      HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 28).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that plaintiff's motion for attorney fees (ECF No. 26) is **GRANTED IN PART AND DENIED IN PART**.  Judgment shall issue in plaintiff's favor in the amount of $3,125.00.


Dated:  March 3, 2016                                      /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                 United States District Judge