UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH A. VYKOPAL,

    Plaintiff,

Case No. 1:14-cv-521

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $3,125.00.

Date:  March 3, 2016                      /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District